**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Kenny Franklin EDMONSON,
Defendant–Appellant.**

No. 08–60602
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Erin O'Leary Chalk, U.S. Attorney's Office ·Southern District of Mississippi, Jackson, MS, for Plaintiff–Appellee.

George Lowrey Lucas, Federal Public Defender's Office Southern District of Mississippi, Jackson, MS, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Kenny Franklin Edmonson appeals the revocation of his supervised release, following a 2002 conviction for access device fraud. *See* 18 U.S.C. § 1029(a)(2). Edmonson has served the term of imprisonment imposed upon revocation, and the district court imposed no further term of supervised release. Therefore, Edmonson has no "concrete and continuing injury," and there is no case or controversy over which this court may exercise jurisdiction under Article III, § 2, of the Constitution.

---

*Spencer v. Kemna*, 523 U.S. 1, 7, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). The Government's motion to strike the reply brief is DENIED as unnecessary, and this appeal is DISMISSED as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.